No. 92–8589. WEST *v.* TRUMAN MEDICAL CENTER WEST, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–8596. JAMES *v.* IVINS ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–8607. STEEL *v.* STEEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–8612. HILLESHIEM *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–8619. PARKER *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 92–8627. LEWIS *v.* LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8628. MITCHELL *v.* OHIO. Ct. App. Ohio, Licking County. Certiorari denied.

No. 92–8636. JASINSKI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8640. O'BRIEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8642. PANADERO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8644. MCCLAIN *v.* AETNA CASUALTY & SURETY CO. C. A. 5th Cir. Certiorari denied.

No. 92–8647. LEON *v.* CARROLL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–8650. WASHINGTON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–8659. BASS *v.* BASS. Sup. Ct. N. J. Certiorari denied.

No. 92–8663. HUNT *v.* VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.